IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL VALLES,<br><br>　　　　Defendant. | No. 1:08-CR-00125 OWW<br><br>ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANT PENDING HEARING ON THE GOVERNMENT'S MOTION FOR DE NOVO HEARING ON DETENTION, AND ORDER SETTING HEARING |

　　　Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

　　　IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

　　　IT IS FURTHER ORDERED that the government may file its motion by 2:00 p.m. on Friday, May 23, 2008.

　　　IT IS FURTHER ORDERED that the hearing on the government's motion be set for May 27, 2008 at 9:30 a .m.


Dated: May 22, 2008　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　　Honorable Oliver W. Wanger

1