(SPACE BELOW FOR FILING STAMP ONLY)

**EDGAR EUGENE PAGE (231147)**
**KATHLEEN C. PAGE (233040)**
**PAGE & PAGE ATTORNEYS AT LAW**
Post Office Box 2837
San Francisco, California 94126-2837
Phone (415) 986-4558
Fax (415) 986-4566

ATTORNEYS FOR PAUL VALLES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL VALLES,<br><br>Defendant. | U.S.D.C., E.D. CA.<br>Case No.:    1:08-cr-00125-OWW-1<br><br>**ORDER FOR CONTINUANCE** |

GOOD CAUSE HAVING BEEN FOUND, IT IS ORDERED that the sentencing hearing of Paul Valles be continued to March 23, 2009, at 11:00 a.m.

Dated:     February 27, 2009        /s/ OLIVER W. WANGER

                                    Oliver W. Wanger, Senior United States District Court Judge